UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br><br>ARTASHES TER MKRTICHYAN, et al.,<br><br>　　　　　Defendants. | No. CR-08-00307-MMC<br><br>**ORDER** [Proposed]<br><br>Authorizing Pre-Hearing Production of Subpoena Duces Tecum Materials |

　　　　GOOD CAUSE HAVING BEEN FOUND upon the ex parte application of defendant Artashes Ter Mkrtichyan pursuant to Federal Rule of Criminal Procedure 17 and Northern District of California Criminal Local Rule 17-2;

　　　　IT IS HEREBY ORDERED that defendant Ter Mkrtichyan is authorized to serve on the California Highway Patrol the subpoena duces tecum submitted with Mr. Ter Mkrtichyan's ex parte application;

　　　　IT IS FURTHER ORDERED that the subpoena may require production of the subject materials before this court by January 27, 2009.

Dated: January __7__, 2010

　　　　　　　　　　　　　　　　　　　　Hon. MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Court Judge