1

2

3                          UNITED STATES DISTRICT COURT

4                         NORTHERN DISTRICT OF CALIFORNIA

5

| UNITED STATES OF AMERICA, | ) No. CR-08-00307-MMC |
|---|---|
| Plaintiff, | ) |
| vs. | ) **PROTECTIVE ORDER** [Proposed] |
| | ) Re Subpoened Materials Produced by |
| | ) California Highway Patrol |
| ARTASHES TER MKRTICHYAN, et al., | ) |
| Defendants. | ) |

13       GOOD CAUSE HAVING BEEN FOUND upon the application of defendant Artashes Ter

14   Mkrtichyan and pursuant to Federal Rule of Criminal Procedure 17 and Northern District of California

15   Criminal Local Rule 17-2;

16       IT IS HEREBY ORDERED that any manuals and other documents produced by the California

17   Highway Patrol Canine Academy in response to defendant Ter Mkrtichyan's subpoena duces tecum

18   served on the CHP in January of 2010, including all materials regarding the Academy's training of

19   canines, are subject to the following restrictions:

20       1.    Copies of the documents may be disclosed only to counsel and support staff for

21             defendants Ter Mkrtichyan, Madjarian and Zadikian, and the United States;

22       2.    If any party should seek to submit the documents as exhibits during an evidentiary

23             hearing or as an attachment to a pleading, the documents shall be filed under seal;

24       3.    There shall be no further publication or distribution of the documents without further

25             order of the Court.

26       4.    Under no circumstances shall the confidential information and documents ordered

27             disclosed by this Court be used in any proceeding other than this action.

28

Protective Order
CR-08-00307-MMC

5.    Under no circumstances shall such confidential information and documents either orally or by writing, be inputted into any file, computer program, or database or listed manually in any file manual, notebook, listing, or other writing as it pertains to law enforcement personnel, except any computer program or case file maintained specifically for this action.

6.    The attorney for the  parties, including any and all agents hired to assist the attorney for the parties in this action, shall at all times maintain the confidentially of information and documents ordered disclosed.

7.    At the conclusion of this action, and in order to allow defendant to exhaust his right to appeal and/or pursue any habeas corpus action, the attorneys for the parties shall either destroy, or return to the Attorney General's Office within one (1) year after judgment is final, all originals or copies of all confidential documents and materials ordered disclosed by this Court, including without limitation, any delivered by defendant's counsel, or the attorneys for the Government, to any third party agent.

8.    Failure to comply with this Protective Order may be treated as a Contempt of Court.

Dated: April __6____, 2010.

Hon. MAXINE M. CHESNEY
U.S. District Court Judge

Protective Order
CR-08-00307-MMC